1 MCGREGOR W. SCOTT
United States Attorney
2 CAMIL A. SKIPPER
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2709

5

6

7

8         IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    CASE NO. CR. S-04-0291 DFL
                                )
12                              )    STIPULATION TO CHANGE DATE
              Plaintiff,        )    FOR FILING OF GOVERNMENT'S
13                              )    REPLY/STATEMENT OF NON-
                                )    OPPOSITION TO DEFENDANT'S
14      v.                      )    MOTION FOR CORRECTION OF
                                )    PRESENTENCE INVESTIGATION
15                              )    REPORT; **PROPOSED ORDER**
   GEORGE LEONARD SCHMIEDEL,    )
16                              )    J&S:   July 14, 2005
                                )    TIME:  10:00 A.M.
17            Defendant.        )    COURT: Hon. David F. Levi
   _____)

18

19     The parties, by and through their respective counsel,

20 stipulate that the government's reply or statement of non-

21 opposition to defendant's motion for correction of the

22 Presentence Investigation Report shall be due on Monday, July 11,

23 2005, with the sentencing hearing to be held on July 14, 2005.

24 The parties have stipulated to this short extension of time for

25 filing of the reply brief because government counsel will be out

26 of the country from June 24 through July 10, 2005.

27 ///

28 ///

1

    Defense counsel, Mark Reichel, gave the undersigned government counsel authority to sign this stipulation on his behalf in a telephone conversation on May 2, 2005.

                                     Respectfully submitted,

DATED: May 2, 2005                McGREGOR W. SCOTT
                                         United States Attorney

                                  By:  /s/ Camil A. Skipper
                                        CAMIL A. SKIPPER
                                          Assistant U.S. Attorney

DATED: May 2, 2005                QUIN DENVIR
                                         Federal Defender

                                  By:  /s/ Camil A. Skipper for
                                          MARK REICHEL
                                          Asst. Federal Defender
                                          Attorney for defendant

## **ORDER**

    The government's reply or statement of non-opposition to the defendant's motion for motion for correction of the Presentence Investigation Report shall be timely filed on Monday, July 11, 2005.

**IT IS SO ORDERED.**

Date: 5/3/2005

_____
DAVID F. LEVI
United States District Judge