```
1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:04-CR-00291-DFL |
| ) Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| GEORGE LEONARD SCHMIEDEL, ) | |
| ) Defendant. ) | |

WHEREAS, on July 12, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant George Leonard Schmiedel forfeiting to the United States the following property:

    a.   NEC tower, model no. PG350, serial no. 845682101;

    b.   Buslink CD drive, model no. UII-RW5ZE, serial no. 4Q1A0070; and,

    c.   assorted compact discs.

AND WHEREAS, on August 10, 17 and 24, 2005, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Feather River Bulletin</u> (Plumas County), a

1

1 newspaper of general circulation located in the county in which the
2 subject property was seized.  Said published notice advised all
3 third parties of their right to petition the court within thirty
4 (30) days of the publication date for a hearing to adjudicate the
5 validity of their alleged legal interest in the forfeited property;
6     AND WHEREAS, the Court has been advised that no third party has
7 filed a claim to the subject property, and the time for any person
8 or entity to file a claim has expired.
9     Accordingly, it is hereby ORDERED and ADJUDGED:
10    1.  A Final Order of Forfeiture shall be entered forfeiting to
11 the United States of America all right, title, and interest in the
12 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
13 of according to law, including all right, title, and interest of
14 George Leonard Schmiedel.
15    2.  All right, title, and interest in the above-described
16 property shall vest solely in the name of the United States of
17 America.
18    3.  The United States shall maintain custody of and control
19 over the subject property until it is disposed of according to law.
20    SO ORDERED THIS  13  day of December, 2005.

                                    /s/ David F. Levi
                                    DAVID F. LEVI
                                    United States District Judge

2