```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2709
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   CASE NO. CR. S-04-0291 DFL
                                  )
12                                )   APPLICATION FOR ORDER
                   Plaintiff,     )   SETTING DEFENDANT'S SELF-
13                                )   SURRENDER DATE;
                                  )   **PROPOSED ORDER**
14       v.                       )
                                  )
15                                )
    GEORGE LEONARD SCHMIEDEL,     )
16                                )
                                  )
17                 Defendant.     )
    _____)
18
19       By Order filed February 2, 2006, the United States Court of
20  Appeals for the Ninth Circuit denied the defendant's motion for
21  bail pending appeal.  The United States requests that this Court
22  issue an order requiring the defendant to surrender for service
23  of his sentence at the Federal Correctional Institution in
24  Butner, N.C., (the facility designated by the Bureau of Prisons)
25  on or before Tuesday, February 21, 2006.  This application is
26  made with the understanding that the defendant has purchased a
27
28
```

1

bus ticket which will result in his arrival in Butner, N.C., on Sunday, February 19, 2006.[1]

```
                                Respectfully submitted,

DATED: February 8, 2006         McGREGOR W. SCOTT
                                United States Attorney


                           By:  /s/ Camil A. Skipper
                                CAMIL A. SKIPPER
                                Assistant U.S. Attorney
```

**ORDER**

The defendant shall surrender for the service of his sentence at the institution designated by the Bureau of Prisons, the Federal Correctional Institution at Butner, N.C., no later than Tuesday, February 21, 2006.

**IT IS SO ORDERED.**

Date: 2/9/2006

_____
DAVID F. LEVI
United States District Judge

---

[1] This understanding is based upon the representations of defense counsel to the undersigned counsel, and the representations of the defendant to the pretrial services officer, which have been relayed telephonically to the undersigned counsel.