PROB 35A  **NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **vs.** ) <br> ) <br> George Leonard SCHMIEDEL  ) <br> ) | **Docket Number: 2:04CR00291-01** |

On November 10, 2005, the above-named was sentenced to a period of 51 months custody with 36 months of supervised release to follow.

On November 28, 2007, this office was notified by U.S. Medical Center, Butner that George Leonard Schmiedel was confirmed dead by Michael J. Punel, M.D. on November 14, 2007 (copy of the notification is on file). It is accordingly recommended this case be closed.

Respectfully submitted,

TERRI L. WILKINS
**Supervising United States Probation Officer**

Dated: January 22, 2008
Sacramento, California

1

Re: **George Leonard SCHMIEDEL**
   **Docket Number: 2:04CR00291-01**
   **NOTICE OF DEATH**

---

### ORDER OF COURT

It appearing that George Leonard Schmiedel is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

| | |
|---|---|
| January 23, 2008 | _/s/ D. Lowell Jensen_ |
| **Date** | **D. Lowell Jensen** |
| | **Senior United States District Judge** |

(Notification copy on file)

cc:   AUSA

   Fiscal Clerk - Clerk's Office